UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \*\*

| | |
|---|---|
| TROY WISE, | CASE NO.: 3:15-CV-00438-RCJ-VPC |
| Plaintiff, | |
| v. | O R D E R |
| WES KELLER, *et al.*, | |
| Defendants. | |

The Court has considered the Report and Recommendation of United States Magistrate (ECF #6) entered on November 13, 2015, in which the Magistrate Judge recommends the Court dismiss this action without prejudice. The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (ECF #6).

IT IS HEREBY ORDERED that this ACTION is DISMISSED without prejudice. The Clerk of the Court shall close this case.

IT IS SO ORDERED this 5th day of January, 2016.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE